THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACKSON NOAH, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., *et al.*, <br><br> Defendants. | CASE NO. C24-0885-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an order to extend Defendant T-Mobile's deadline to respond to the complaint (Dkt. No. 9). Finding good cause, the Court EXTENDS the due date to answer or otherwise respond to August 26, 2024.

DATED this 21st day of August 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0885-JCC
PAGE - 1