THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACKSON NOAH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE USA, INC., *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C24-0885-JCC<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　This matter comes before the Court on Plaintiff's unopposed motion to strike an exhibit from the docket (Dkt. No. 20). Finding good cause, the motion is GRANTED. Accordingly, the Clerk is directed to STRIKE Exhibit A to the Notice of Voluntary Dismissal as to Defendants Apple Inc., Google, LLC, and Alphabet Inc., filed on August 12, 2024 (Dkt. No. 11-1).

　　DATED this 4th day of September 2024.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Kathleen Albert
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C24-0885-JCC
PAGE - 1