THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACKSON NOAH, | CASE NO. C24-0885-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| T-MOBILE USA INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously set deadlines for the parties' conference, initial disclosures, and joint status report (Dkt. No. 16). Now pending before the court is Defendant's Motion to Compel Arbitration and Stay the Action (Dkt. No. 17). In light of this pending motion, the Court STRIKES the deadlines previously set. If necessary, the Court will issue revised deadlines after it decides Defendant's motion (Dkt. No. 17).

//
//
//
//

MINUTE ORDER
C24-0885-JCC
PAGE - 1

1      DATED this 3rd day of October 2024.

                                                 Ravi Subramanian
                                                 Clerk of Court

                                               s/Kathleen Albert
                                               Deputy Clerk

MINUTE ORDER
C24-0885-JCC
PAGE - 2